**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-12935 |
| | § | |
| ELIZABETH A SATERA | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/29/2013. The undersigned trustee was appointed on 03/29/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                          $4,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $53.05 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $3,946.95 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/09/2013 and the deadline for filing government claims was 10/09/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $4.86, for total expenses of $4.86.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/02/2014            By:    /s/ David P. Leibowitz
                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Page No: 1

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No.: | 13-12935-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SATERA, ELIZABETH A | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| For the Period Ending: | 10/2/2014 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 10/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Checking account with PNC | $25.00 | $25.00 | | $0.00 | FA |
| 2 Checking account with PNC - Debtor is on the account with her separated Husband | $15.00 | $15.00 | | $0.00 | FA |
| 3 Checking account with PNC - Debtor is on the account with her Son | $15.00 | $15.00 | | $0.00 | FA |
| 4 Checking account with PNC - Debtor is on account with her Sister | $10.00 | $10.00 | | $0.00 | FA |
| 5 Security Deposit with Landlord - ($456.00) - No Value to debtor held in Trust Account with Landlord | $0.00 | $0.00 | | $0.00 | FA |
| 6 Miscellaneous used household goods and furnishings | $490.00 | $490.00 | | $0.00 | FA |
| 7 Books, Pictures, and CD's | $65.00 | $0.00 | | $0.00 | FA |
| 8 Wearing Apparel | $1,100.00 | $0.00 | | $0.00 | FA |
| 9 Miscellaneous Costume Jewelry | $75.00 | $75.00 | | $0.00 | FA |
| 10 Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |
| 11 Estimated 2012 tax refund - Debtor owes the IRS $598.00 | $0.00 | $0.00 | | $0.00 | FA |
| 12 Lease - Automobile - 2012 Mini Cooper with 3,500 in mileage - Current/Assume - Full Coverage Auto Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 13 Automobile - 1998 Chevrolet Monte Carlo LS - 155,000 miles - Paid In Full - Uninsured - Vehicle is not driveable - Debtor and separated spouse each have a 1/2 interest in vehicle - Edmund's FMV is $488.00.00 - Debtor's interest is $244.00 | $244.00 | $244.00 | | $0.00 | FA |
| 14 Proceeds from Sale of 1965 Ford Mustang - $6,000.00 | $6,000.00 | $2,000.00 | | $4,000.00 | FA |
| 15 Automobile - 1984 Buick Electra - 123,000 in mileage - Paid In Full - Uninsured - Son's Car | $475.00 | $475.00 | | $0.00 | FA |

FORM 1

Page No: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit A

ASSET CASES

| Case No.: | 13-12935-PSH | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | SATERA, ELIZABETH A | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| For the Period Ending: | 10/2/2014 | §341(a) Meeting Date: | 05/30/2013 |
|  |  | Claims Bar Date: | 10/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16  1 Cart, 1 Lamp 2 Desks, 2 Chairs, 2 Filing Cabinets, 2 Cabinets 3 Folding Tables, 4 Stacking Chairs | $300.00 | $0.00 |  | $0.00 | FA |
| 17  1 Copy/Fax Machine 1 Paper Cutter 1 Addressing Machine 1 Laptop 1 Computer 1 2-Line Phone | $800.00 | $0.00 |  | $0.00 | FA |
| 18  2 Dogs | $10.00 | $10.00 |  | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$9,624.00          $3,359.00                                                              $4,000.00          $0.00

**Major Activities affecting case closing:**

| 09/01/2013 | Prepared complaint for jtb review |
| --- | --- |
| 06/06/2013 | Per Debtor's attorney: |

Hello Aquanda,

At the 341 meeting last week for the debtor, the trustee wanted details on a Ford Mustang that was sold for $6,000. The debtor has told me that she did not have possession or control of the vehicle since 2010 when she gave it to her ex-husband during their separation. Her ex-husband sold the vehicle in or around April 2013. She doesn't have full details on it because her ex-husband did it without consulting her or telling her who it was sold to.

The issue is that she has $42,000 that she owes on federal and state taxes that she needs to pay. This amount presumably swallows up any equity in any of her property. I presume the trustee just wanted information about the car being sold, and if there is anything else, please let me know. The debtor does not have any money.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| --- | --- | --- |
| **Current Projected Date Of Final Report (TFR):** |  | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit B

| Case No. | 13-12935-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SATERA, ELIZABETH A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2435 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/29/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2013 | (14) | ELIZABETH SATERA | | 1129-000 | $500.00 | | $500.00 |
| 10/30/2013 | (14) | ELIZABETH SATERA | Estate's Equity 1965 Ford Mustang | 1129-000 | $500.00 | | $1,000.00 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.78 | $999.22 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.61 | $997.61 |
| 12/02/2013 | (14) | Beth Satera | Payment | 1129-000 | $500.00 | | $1,497.61 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.28 | $1,495.33 |
| 01/10/2014 | (14) | Beth Satera | payment | 1129-000 | $500.00 | | $1,995.33 |
| 01/29/2014 | (14) | Beth Satera | Payment | 1129-000 | $500.00 | | $2,495.33 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.08 | $2,492.25 |
| 02/28/2014 | (14) | Beth Satera | Payment for equity in vehicle | 1129-000 | $500.00 | | $2,992.25 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.60 | $2,988.65 |
| 03/25/2014 | (14) | Beth Satera | Payment 7 of 8. | 1129-000 | $500.00 | | $3,488.65 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.64 | $3,484.01 |
| 04/25/2014 | (14) | Beth Satera | Payment for equity on vehicle. | 1129-000 | $500.00 | | $3,984.01 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.51 | $3,978.50 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.62 | $3,971.88 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.99 | $3,965.89 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.39 | $3,959.50 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.59 | $3,952.91 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.96 | $3,946.95 |
| | | | **TOTALS:** | | $4,000.00 | $53.05 | $3,946.95 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,000.00 | $53.05 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $53.05 | |

| For the period of 3/29/2013 to 10/2/2014 | | For the entire history of the account between 10/01/2013 to 10/2/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $53.05 | Total Compensable Disbursements: | $53.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53.05 | Total Comp/Non Comp Disbursements: | $53.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-12935-PSH | Trustee Name: | David Leibowitz |
| Case Name: | SATERA, ELIZABETH A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2435 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/29/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/2/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,000.00 | $53.05 | $3,946.95 |

| **For the period of 3/29/2013 to 10/2/2014** | | **For the entire history of the case between 03/29/2013 to 10/2/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $53.05 | Total Compensable Disbursements: | $53.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53.05 | Total Comp/Non Comp Disbursements: | $53.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 13-12935-PSH | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SATERA, ELIZABETH A | | | | | | | | Date: 10/2/2014 |
| Claims Bar Date: | 10/09/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $4.86 | $0.00 | $0.00 | $0.00 | $4.86 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $24.40 | $0.00 | $0.00 | $0.00 | $24.40 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 1 | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $18,473.96 | $0.00 | $0.00 | $0.00 | $18,473.96 |
| 1a | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $13,906.29 | $0.00 | $0.00 | $0.00 | $13,906.29 |
| 2 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $9,171.29 | $0.00 | $0.00 | $0.00 | $9,171.29 |
| 2a | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,230.60 | $0.00 | $0.00 | $0.00 | $1,230.60 |

| **Case No.** | 13-12935-PSH | | | | | | | | **Trustee Name:** David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| **Case Name:** | SATERA, ELIZABETH A | | | | | | | | **Date:** 10/2/2014 |
| **Claims Bar Date:** | 10/09/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $6,646.44 | $0.00 | $0.00 | $0.00 | $6,646.44 |
| 4 | ECAST SETTLEMENT CORPORATION, ASSIGNEE<br><br>of Chase Bank USA, N.A.<br>POB 29262<br>New York NY 10087-9262 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,857.96 | $0.00 | $0.00 | $0.00 | $4,857.96 |
| **Claim Notes:** | (4-1) CREDIT CARD DEBT | | | | | | | | |
| 5 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,386.12 | $0.00 | $0.00 | $0.00 | $1,386.12 |
| 6 | DE LAGE LANDEN FINANCIAL SERVICES<br><br>1111 Old Eagle School Rd<br>Wayne PA 19087 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,826.04 | $0.00 | $0.00 | $0.00 | $11,826.04 |
| | | | | | **$70,527.96** | **$0.00** | **$0.00** | **$0.00** | **$70,527.96** |

**CLAIMS ANALYSIS REPORT**

Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 13-12935-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | SATERA, ELIZABETH A | **Date:** 10/2/2014 |
| **Claims Bar Date:** | 10/09/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $24.40 | $24.40 | $0.00 | $0.00 | $0.00 | $24.40 |
| Attorney for Trustee Fees (Trustee Firm) | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| Claims of Governmental Units | $27,645.25 | $27,645.25 | $0.00 | $0.00 | $0.00 | $27,645.25 |
| General Unsecured § 726(a)(2) | $26,962.93 | $26,962.93 | $0.00 | $0.00 | $0.00 | $26,962.93 |
| Payments to Unsecured Credit Card Holders | $12,890.52 | $12,890.52 | $0.00 | $0.00 | $0.00 | $12,890.52 |
| Trustee Compensation | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Trustee Expenses | $4.86 | $4.86 | $0.00 | $0.00 | $0.00 | $4.86 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      13-12935
Case Name:     ELIZABETH A SATERA
Trustee Name:  David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $3,946.95 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $3,946.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| David P. Leibowitz, Trustee Expenses | $4.86 | $0.00 | $4.86 |
| Lakelaw, Attorney for Trustee Fees | $2,000.00 | $0.00 | $2,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $24.40 | $0.00 | $24.40 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $3,029.26 |
| Remaining balance: | $917.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $917.69 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,645.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  |  |  |  |  |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 1 | Department of the Treasury | $18,473.96 | $0.00 | $613.25 |
| 2 | Illinois Department of Revenue Bankruptcy Section | $9,171.29 | $0.00 | $304.44 |

|  |  |
|---|---:|
| Total to be paid to priority claims: | $917.69 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $39,853.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | Department of the Treasury | $13,906.29 | $0.00 | $0.00 |
| 2a | Illinois Department of Revenue Bankruptcy Section | $1,230.60 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $6,646.44 | $0.00 | $0.00 |
| 4 | eCAST Settlement Corporation, assignee | $4,857.96 | $0.00 | $0.00 |
| 5 | Capital Recovery V, LLC | $1,386.12 | $0.00 | $0.00 |
| 6 | De Lage Landen Financial Services | $11,826.04 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**