**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                §    Case No. 13-12935
                                      §
ELIZABETH A SATERA                    §
                                      §
                                      §
                                      §
              Debtor(s)               §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/25/2014, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/30/2014              By:  /s/ David P. Leibowitz
                                           Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | § | Case No. 13-12935 |
|---|---|---|
| | § | |
| ELIZABETH A SATERA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $4,000.00
*and approved disbursements of*  $53.05
*leaving a balance on hand of[1]:*  $3,946.95

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $3,946.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| David P. Leibowitz, Trustee Expenses | $4.86 | $0.00 | $4.86 |
| Lakelaw, Attorney for Trustee Fees | $2,000.00 | $0.00 | $2,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $24.40 | $0.00 | $24.40 |

Total to be paid for chapter 7 administrative expenses:  $3,029.26
Remaining balance:  $917.69

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $917.69 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,645.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury | $18,473.96 | $0.00 | $613.25 |
| 2 | Illinois Department of Revenue Bankruptcy Section | $9,171.29 | $0.00 | $304.44 |

|  | Total to be paid to priority claims: | $917.69 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $39,853.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Department of the Treasury | $13,906.29 | $0.00 | $0.00 |
| 2a | Illinois Department of Revenue Bankruptcy Section | $1,230.60 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $6,646.44 | $0.00 | $0.00 |
| 4 | eCAST Settlement Corporation, assignee | $4,857.96 | $0.00 | $0.00 |
| 5 | Capital Recovery V, LLC | $1,386.12 | $0.00 | $0.00 |
| 6 | De Lage Landen Financial Services | $11,826.04 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Remaining balance: | $0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 13-12935-PSH
Elizabeth A Satera Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: mmyers    Page 1 of 2    Date Rcvd: Oct 31, 2014
                  Form ID: pdf006    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2014.

```
db          +Elizabeth A Satera,    1751 Sleepy Hollow Ct. Apt. 2,    Schaumburg, IL 60195-5442
aty          David P. Leibowitz,    Lakelaw,    420 W. Clayton St.,    Waukegan, IL 60085-4216
20252687    +ARSI-Coporate Headquarters,    555 St Charles Dr. Ste. 100,    Thousand Oaks, CA 91360-3983
20252684    +Accord Creditor Services, LLC,    PO Box 10002,    Newnan, GA 30271-0002
20252685    +Allied Interstate LLC,    PO Box 4000,    Warrenton, VA 20188-4000
20252686    +American Express,    PO Box 53852,    Phoenix, AZ 85072-3852
20252689    +Barons Creditor Services Corp,    155 Revere Dr. STE 9,    Northbrook, IL 60062-1558
20252692   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20826832     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    P.O. Box 71083,
             Charlotte, NC 28272-1083
20252693    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20252694    +CitiMortgage,    PO Box 9438,    Gaithersburg, MD 20898-9438
20252695    +Codilis & Associates,    15W030 North Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
20252696    +De Lage Landen Financial,    1111 Old Eagle School Rd,    Wayne, PA 19087-1453
21079004    +De Lage Landen Financial Services,    1111 Old Eagle School Rd,    Wayne, PA 19087-1453
20252697    +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
20252699    +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1421
20252700     Illinois Department of Revenue,    P.O. Box 19026,    Springfield, IL 62794-9026
20726881     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
20252701     Illinois Dept of Revenue,    PO Box 64338,    Chicago, IL 60664-0338
20252703    +Image  ystems & Business Solutions,    1776 Commerce Dr.,    Elk Grove Village, IL 60007-2120
20252707    +Itasca Bank & Trust Co,    308 West Irving Park Road,    Itasca, IL 60143-2193
20252710    +RMS,    305 Fellowship Rd #100,    PO Box 5471,    Mount Laurel, NJ 08054-5471
20252711    +Sams Club Merchant Card Processing,    PO Box 17548,    Denver, CO 80217-0548
20252712    +Slc/Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
20252713    +Stephens & Michaels Assoc, INC,    PO Box 109,    Salem, NH 03079-0109
20252714    +Valentine & Kebartas, Inc.,    15 Union Street,    Lawrence, MA 01840-1866
20955921     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20252688    +E-mail/Text: g17768@att.com Nov 01 2014 01:32:24     AT&T,    PO Box 5080,
             Carol Stream, IL 60197-5080
22543690    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 01 2014 02:43:51
             BMW Bank of North America,   c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
20252691     E-mail/Text: bankruptcynotices@bmwfs.com Nov 01 2014 01:34:31     Bmw Financial Services,
             5515 Parkcenter Cir,    Dublin, OH 43017
20325562    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 01 2014 02:43:51
             BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
21060534     E-mail/PDF: rmscedi@recoverycorp.com Nov 01 2014 01:40:40     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20252704     E-mail/Text: cio.bncmail@irs.gov Nov 01 2014 01:32:40     Department of the Treasury,
             Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
20252698     E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2014 01:42:44     Gecrb/Jcp,    Po Box 984100,
             El Paso, TX 79998
20252708    +E-mail/Text: bknotices@mbandw.com Nov 01 2014 01:34:27     McCarthy, Burgess, & Wolf,
             26000 Cannon Rd.,    Cleveland, OH 44146-1807
20252709    +E-mail/Text: bankruptcy@pb.com Nov 01 2014 01:35:12     Pitney Bowes,    2225 American Dr.,
             Neenah, WI 54956-1005
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20252702*    Illinois Dept. of Revenue,    P.O. Box 64338,    Chicago, IL 60664-0338
20252705*    Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
20252706*    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
20252690   ##+BMO Harris Bank,    ATTN: Bankruptcy Dept,    3800 Golf Rd Ste. 300,
             Rolling Meadows, IL 60008-4037
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mmyers                Page 2 of 2          Date Rcvd: Oct 31, 2014
                              Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Joseph P Doyle    on behalf of Debtor Elizabeth A Satera joe@fightbills.com,  courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```