**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-12935 |
| | § | |
| ELIZABETH A SATERA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,359.00 | Assets Exempt: | $6,265.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $917.69 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,082.31 | | |

    3)     Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $23,122.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,082.31 | $3,082.31 | $3,082.31 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $41,755.10 | $27,645.25 | $27,645.25 | $917.69 |
| General Unsecured Claims (from **Exhibit 7**) | $49,114.43 | $39,853.45 | $39,853.45 | $0.00 |
| **Total Disbursements** | $113,991.53 | $70,581.01 | $70,581.01 | $4,000.00 |

   4). This case was originally filed under chapter 7 on 03/29/2013. The case was pending for 28 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 07/13/2015            By:   /s/ David P. Leibowitz
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Proceeds from Sale of 1965 Ford Mustang - $6,000.00 | 1129-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | $4,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmw Financial Services | 4110-000 | $23,122.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $23,122.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.86 | $4.86 | $4.86 |
| Green Bank | 2600-000 | NA | $53.05 | $53.05 | $53.05 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $24.40 | $24.40 | $24.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,082.31 | $3,082.31 | $3,082.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury | 5800-000 | $11,407.92 | $18,473.96 | $18,473.96 | $613.25 |
| 2 | Illinois | 5800-000 | $8,201.50 | $9,171.29 | $9,171.29 | $304.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Department of Revenue Bankruptcy Section | | | | | |
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Dept of Revenue | 5800-000 | $2,894.60 | $0.00 | $0.00 | $0.00 |
| | Illinois Dept of Revenue | 5800-000 | $2,488.32 | $0.00 | $0.00 | $0.00 |
| | Illinois Dept of Revenue | 5800-000 | $2,488.32 | $0.00 | $0.00 | $0.00 |
| | Illinois Dept. of Revenue | 5800-000 | $267.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Dept. of Revenue | 5800-000 | $3,077.76 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $5,646.24 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $5,283.44 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $41,755.10 | $27,645.25 | $27,645.25 | $917.69 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Department of the Treasury | 7100-000 | $0.00 | $13,906.29 | $13,906.29 | $0.00 |
| 2a | Illinois Department of Revenue Bankruptcy Section | 7100-000 | $598.00 | $1,230.60 | $1,230.60 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $6,646.00 | $6,646.44 | $6,646.44 | $0.00 |
| 4 | eCAST Settlement Corporation, assignee | 7100-900 | $4,857.00 | $4,857.96 | $4,857.96 | $0.00 |
| 5 | Capital Recovery V, LLC | 7100-900 | $0.00 | $1,386.12 | $1,386.12 | $0.00 |
| 6 | De Lage Landen Financial Services | 7100-000 | $15,196.46 | $11,826.04 | $11,826.04 | $0.00 |
| | Accord Creditor Services, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Allied Interstate LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| American Express | 7100-000 | $1,298.88 | $0.00 | $0.00 | $0.00 |
| ARSI-Coporate Headquarters | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| AT&T | 7100-000 | $785.16 | $0.00 | $0.00 | $0.00 |
| AT&T | 7100-000 | $193.00 | $0.00 | $0.00 | $0.00 |
| Barons Creditor Services Corp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| BMO Harris Bank | 7100-000 | $526.30 | $0.00 | $0.00 | $0.00 |
| BMO Harris Bank | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| CitiMortgage | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Codilis & Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Jcp | 7100-000 | $1,386.00 | $0.00 | $0.00 | $0.00 |
| Harris & Harris Ltd | 7100-000 | $1,117.00 | $0.00 | $0.00 | $0.00 |
| Image §ystems & Business Solutions | 7100-000 | $8,276.14 | $0.00 | $0.00 | $0.00 |
| Itasca Bank & Trust Co | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| McCarthy, Burgess, & Wolf | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pitney Bowes | 7100-000 | $576.00 | $0.00 | $0.00 | $0.00 |
| RMS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sams Club Merchant Card Processing | 7100-000 | $382.49 | $0.00 | $0.00 | $0.00 |
| Slc/Sallie Mae | 7100-000 | $4,211.00 | $0.00 | $0.00 | $0.00 |
| Stephens & Michaels Assoc, INC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Valentine & Kebartas, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $49,114.43 | $39,853.45 | $39,853.45 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-12935-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SATERA, ELIZABETH A | | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| For the Period Ending: | 7/13/2015 | | §341(a) Meeting Date: | 05/30/2013 |
| | | | Claims Bar Date: | 10/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking account with PNC | $25.00 | $25.00 | | $0.00 | FA |
| 2 | Checking account with PNC - Debtor is on the account with her separated Husband | $15.00 | $15.00 | | $0.00 | FA |
| 3 | Checking account with PNC - Debtor is on the account with her Son | $15.00 | $15.00 | | $0.00 | FA |
| 4 | Checking account with PNC - Debtor is on account with her Sister | $10.00 | $10.00 | | $0.00 | FA |
| 5 | Security Deposit with Landlord - ($456.00) - No Value to debtor held in Trust Account with Landlord | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous used household goods and furnishings | $490.00 | $490.00 | | $0.00 | FA |
| 7 | Books, Pictures, and CD's | $65.00 | $0.00 | | $0.00 | FA |
| 8 | Wearing Apparel | $1,100.00 | $0.00 | | $0.00 | FA |
| 9 | Miscellaneous Costume Jewelry | $75.00 | $75.00 | | $0.00 | FA |
| 10 | Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Estimated 2012 tax refund - Debtor owes the IRS $598.00 | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Lease - Automobile - 2012 Mini Cooper with 3,500 in mileage - Current/Assume - Full Coverage Auto Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Automobile - 1998 Chevrolet Monte Carlo LS - 155,000 miles - Paid In Full - Uninsured - Vehicle is not driveable - Debtor and separated spouse each have a 1/2 interest in vehicle - Edmund's FMV is $488.00.00 - Debtor's interest is $244.00 | $244.00 | $244.00 | | $0.00 | FA |
| 14 | Proceeds from Sale of 1965 Ford Mustang - $6,000.00 | $6,000.00 | $2,000.00 | | $4,000.00 | FA |
| 15 | Automobile - 1984 Buick Electra - 123,000 in mileage - Paid In Full - Uninsured - Son's Car | $475.00 | $475.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 13-12935-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SATERA, ELIZABETH A | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| For the Period Ending: | 7/13/2015 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 10/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16  1 Cart, 1 Lamp 2 Desks, 2 Chairs, 2 Filing Cabinets, 2 Cabinets 3 Folding Tables, 4 Stacking Chairs | $300.00 | $0.00 | | $0.00 | FA |
| 17  1 Copy/Fax Machine 1 Paper Cutter 1 Addressing Machine 1 Laptop 1 Computer 1 2-Line Phone | $800.00 | $0.00 | | $0.00 | FA |
| 18  2 Dogs | $10.00 | $10.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                          **Gross Value of Remaining Assets**

$9,624.00        $3,359.00                                       $4,000.00         $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/30/2014 | Hearing on TFR 11/25/2014 |
| 10/02/2014 | TFR completed for Trustee's Review |
| 09/01/2013 | Prepared complaint for jtb review |
| 06/06/2013 | Per Debtor's attorney: |

Hello Aquanda,

At the 341 meeting last week for the debtor, the trustee wanted details on a Ford Mustang that was sold for $6,000. The debtor has told me that she did not have possession or control of the vehicle since 2010 when she gave it to her ex-husband during their separation. Her ex-husband sold the vehicle in or around April 2013. She doesn't have full details on it because her ex-husband did it without consulting her or telling her who it was sold to.

The issue is that she has $42,000 that she owes on federal and state taxes that she needs to pay. This amount presumably swallows up any equity in any of her property. I presume the trustee just wanted information about the car being sold, and if there is anything else, please let me know. The debtor does not have any money.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 11/04/2014 | DAVID LEIBOWITZ | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-12935-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SATERA, ELIZABETH A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2435 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/29/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/13/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2013 | (14) | ELIZABETH SATERA | Estate's Equity 1965 Ford Mustang | 1129-000 | $500.00 | | $500.00 |
| 10/30/2013 | (14) | ELIZABETH SATERA | Estate's Equity 1965 Ford Mustang | 1129-000 | $500.00 | | $1,000.00 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.78 | $999.22 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.61 | $997.61 |
| 12/02/2013 | (14) | Beth Satera | Payment | 1129-000 | $500.00 | | $1,497.61 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.28 | $1,495.33 |
| 01/10/2014 | (14) | Beth Satera | payment | 1129-000 | $500.00 | | $1,995.33 |
| 01/29/2014 | (14) | Beth Satera | Payment | 1129-000 | $500.00 | | $2,495.33 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.08 | $2,492.25 |
| 02/28/2014 | (14) | Beth Satera | Payment for equity in vehicle | 1129-000 | $500.00 | | $2,992.25 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.60 | $2,988.65 |
| 03/25/2014 | (14) | Beth Satera | Payment 7 of 8. | 1129-000 | $500.00 | | $3,488.65 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.64 | $3,484.01 |
| 04/25/2014 | (14) | Beth Satera | Payment for equity on vehicle. | 1129-000 | $500.00 | | $3,984.01 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.51 | $3,978.50 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.62 | $3,971.88 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.99 | $3,965.89 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.39 | $3,959.50 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.59 | $3,952.91 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.96 | $3,946.95 |
| 11/26/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,000.00 | $2,946.95 |
| 11/26/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.86 | $2,942.09 |
| 11/26/2014 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 2,000.00; Amount Allowed: 2,000.00; Distribution Dividend: 100.00; | 3110-000 | | $2,000.00 | $942.09 |
| 11/26/2014 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 24.40; Amount Allowed: 24.40; Distribution Dividend: 100.00; | 3120-000 | | $24.40 | $917.69 |
| 11/26/2014 | 3005 | Department of the Treasury | Claim #: 1; Amount Claimed: 18,473.96; Amount Allowed: 18,473.96; Distribution Dividend: 3.32; | 5800-000 | | $613.25 | $304.44 |
| 11/26/2014 | 3006 | Illinois Department of Revenue Bankruptcy | Claim #: 2; Amount Claimed: 9,171.29; Amount Allowed: 9,171.29; Distribution Dividend: 3.32; | 5800-000 | | $304.44 | $0.00 |
| | | | | **SUBTOTALS** | $4,000.00 | $4,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-12935-PSH | |
| **Case Name:** | SATERA, ELIZABETH A | |
| **Primary Taxpayer ID #:** | **-***2435 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/29/2013 | |
| **For Period Ending:** | 7/13/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******3501 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $4,000.00 | $4,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,000.00 | $4,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $4,000.00 | |

| **For the period of 3/29/2013 to 7/13/2015** | | **For the entire history of the account between 10/01/2013 to 7/13/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,000.00 | Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 | Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Page No: 3
Exhibit 9

Case 13-12935    Doc 46    Filed 07/17/15    Entered 07/17/15 15:00:22    Desc Main
Document      Page 10 of 10

| | | |
|---|---|---|
| **Case No.** | 13-12935-PSH | |
| **Case Name:** | SATERA, ELIZABETH A | |
| **Primary Taxpayer ID #:** | **-***2435 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/29/2013 | |
| **For Period Ending:** | 7/13/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******3501 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,000.00 | $4,000.00 | $0.00 |

**For the period of 3/29/2013 to 7/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/29/2013 to 7/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |